IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GLENN ALAN ROACH                                                    PLAINTIFF

v.                                        Case No. 6:25-cv-6041

OFFICER DUSTIN BURNETT                                             DEFENDANT

## ORDER

Before the Court is the Report and Recommendation (ECF No. 36) filed April 29, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  Judge Ford recommends that this case be dismissed without prejudice for failure to comply with the Court's orders and failure to prosecute this case.  *See* Fed. R. Civ. P. 41(b).

No party has filed objections to the Report and Recommendation (ECF No. 36), and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1)(C).  Therefore, the Court adopts the Report and Recommendation (ECF No. 36) in its entirety and finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of May, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge